AO 94 (Rev. 8/85) Commitment to Another District

*Forthwith*

# United States District Court

US _____ **DISTRICT OF** _Columbia_

UNITED STATES OF AMERICA

v.

*Ronald Williams*    CASE NUMBER:

**COMMITMENT TO ANOTHER DISTRICT** *98 CR 132*

The defendant is charged with a violation of ___*18*___ U.S.C. *3147* alleged to have been committed in the ___*US*___ District of ___*Maryland*___

Brief Description of Charge(s):

*Possess illegally control substance
Supervised Release Violation*

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

___10/18/13___

*Date*

Judicial Officer **Deborah A. Robinson**
**United States Magistrate Judge**

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |